THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SONJA K. STARKS, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC HOSPITAL DISTRICT NO. 1 OF KING COUNTY, a Washington Public Hospital District,<br><br>Defendant. | No. 2:24-cv-752<br><br>**STIPULATED MOTION AND ORDER TO REMAND CASE**<br><br>*[CLERK'S ACTION REQUIRED]* |

## STIPULATION

The above-captioned case was removed to this Court from the Washington State Superior Court for King County ("King County Superior Court") on May 30, 2024. The parties stipulate to remanding the case to King County Superior Court, pursuant to 28 U.S.C. § 1447. Consequently, the parties respectfully move the Court to enter the accompanying proposed order, thereby remanding this case to King County Superior Court.

////

///

//

/

STIPULATED MOTION AND ORDER TO REMAND CASE – 1
(No. 2:24-cv-752)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

167643944.1

1     IT IS SO STIPULATED this June 5, 2024.

2

3 By: *s/ James Sanders*       By: *s/ James B. Pizl*
   James Sanders, WSBA #24565      James B. Pizl, WSBA #28969

4    Emily A. Bushaw, WSBA #41693
   Kyle D. Nelson, WSBA #49981      **Entente Law PLLC**

5                                                315 39th Ave SW, Suite 14
   **Perkins Coie LLP**                             Puyallup, WA 98373

6    1201 Third Avenue, Suite 4900      Telephone: 253.446.7668
   Seattle, Washington 98101-3099      Facsimile: 253.251.1276

7    Telephone: +1.206.359.8000      jim@ententelaw.com
   Facsimile: +1.206.359.9000

8    JSanders@perkinscoie.com
   EBushaw@perkinscoie.com      *Attorneys for Plaintiff Sonja K. Starks*

9    KyleNelson@perkinscoie.com

10 *Attorneys for Defendant Public Hospital
District No. 1 of King County*

11

12

...

26

STIPULATED MOTION TO REMAND CASE – 2
(No. 2:24-cv-752)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

167643944.1

# ORDER

This Matter came before the Court on Plaintiff's and Defendant's Stipulated Motion to Remand Case (the "Stipulated Motion"). The Court ORDERS:

1. The Stipulated Motion is GRANTED.

2. The above-captioned case is REMANDED to the Washington State Superior Court for King County (the "King County Superior Court"), where it had previously been docketed as Case No. 24-2-08017-1-KNT. The King County Superior Court may proceed with the case.

3. Pursuant to 28 U.S.C. § 1447(c), the Clerk of this Court shall mail a certified copy of this Order to the clerk of the King County Superior Court.

4. Neither party is awarded fees or costs.

5. The Clerk is directed to close this case.

IT IS SO ORDERED.

DATED this 10th day of June, 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION TO REMAND CASE – 3
(No. 2:24-cv-752)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

167643944.1

CERTIFICATE OF SERVICE
(No. 2:24-cv-752)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

167643944.1